# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1780
LT Case No. 2021-CA-028471

_____

CARL MASCIA,

    Appellant,

    v.

CENTURY ALUMINUM of SOUTH
CAROLINA, INC., LLOYD LUCAS,
and LUCAS GARAGE and
TRUCKING, INC.,

    Appellees.

_____

On appeal from the Circuit Court for Brevard County.
George Thomas Paulk, II, Judge.

Joseph V. Camerlengo and Gregg J. Anderson, of The Truck
Accident Law Firm, Jacksonville, and Nicholas P. McNamara and
Bryan S. Gowdy, of Creed & Gowdy, P.A., Jacksonville, for
Appellant.

P. Brandon Perkins, of Campbell Conroy & O'Neil, Ft.
Lauderdale, for Appellee, Century Aluminum of South Carolina,
Inc.

No Appearance for Remaining Appellees.


October 21, 2025

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and KILBANE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---